# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ANDREW MONTANEZ NOEL<br><br>MARIA DE LOURDES MUNIZ FLORES<br><br><br>XXX-XX-3691<br><br>XXX-XX-8085<br><br><br><br>Debtors | CASE NO. 08-00442 ESL<br><br>Chapter 13<br><br><br><br><br><br><br><br>**FILED & ENTERED ON 07/06/2011** |

**ORDER DISCHARGING DEBTOR BEFORE COMPLETION OF CHAPTER 13 PLAN**

After notice and hearing, the Court finds that the debtor's plan has been confirmed, that the debtor has applied for a discharge without completing all payments required to be made under the plan, and that the debtor is entitled to a discharge under 11 U.S.C. Section 1328(b).

**IT IS ORDERED THAT:**

1. Pursuant to 11 U.S.C. Section 1328(c), the debtor is discharged from all unsecured debts provided for by the plan or disallowed under 11 U.S.C. Section 502, except any debt:

    a.  provided for under 11 U.S.C. Section 1322(b)(5); or

    b.  of a kind specified in 11 U.S.C. Section 523(a).

2. Pursuant to 11 U.S.C. Section 1328(d), the debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. Section 1305(a)(2) if prior approval by the trustee of the debtor's incurring such debt was practicable and was not obtained.

3. Notwithstanding the provisions of Title 11, United States Code, the debtor is not discharged from any debt made non-dischargeable by 18 U.S.C. Section 3613(f), 37 U.S.C. Section 301(d) (in a case filed on or after November 5, 1990), 37 U.S.C. Section 317(f) (in a case filed after January 1, 1991), or 42 U.S.C. Section 254(d)(3).

4. Creditors are prohibited from attempting to collect any debt that has been discharged in this case.

San Juan, Puerto Rico, this 6th day of July, 2011.

*/s/ Lamoutte*

**Enrique S. Lamoutte Inclan
Chief, U.S. Bankruptcy Judge**

CC: All creditors